PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 23 2000
THOMAS K. KAHN
CLERK

_____

No. 94-9121
_____

D.C. Docket No. 94-CV-14–4MAC(WDO)


AURELIA DAVIS, as Next Friend of
LaShonda D.,


Plaintiff-Appellant,


versus


MONROE COUNTY BOARD OF EDUCATION, et al.,


Defendants-Appellees.


_____

Appeal from the United States District Court for the
Middle District of Georgia

_____

**(March 23, 2000)**

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.*

PER CURIAM:

In light of the Supreme Court's decision in this case, <u>Davis v. Monroe County Board of Education</u>, 526 U.S. 629, 119 S. Ct. 1661, 143 L. Ed. 2d 839 (1999), the judgment of the district court is REVERSED, and the case is REMANDED for further proceedings.

SO ORDERED.

---

*Chief Judge R. Lanier Anderson recused himself and did not participate in this decision.